| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Scott Kosner, (SBN 172379)<br>Tyson M. Takeuchi (SBN 177419)<br>Law Offices of Tyson M. Takeuchi<br>1100 Wilshire Blvd., Ste. 2606<br>Los Angeles, CA  90017<br>Tel: (213) 637-1566<br>Fax: (888) 977-6310<br>Email: tyson@tysonfirm.com<br><br>☐ *Debtor appearing without attorney*<br>☒ A*ttorney for:* Francisco Campos Romero<br>☐ *Chapter 13 trustee* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**FEB 21 2020**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY kaaumoan DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA-LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>Francisco Campos Romero,<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:19-bk-19194-WB<br>CHAPTER: 13<br><br>**ORDER ON:**<br>☐ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO ENTER INTO LOAN MODIFICATION**<br>☒ **OTHER: DEBTOR'S MOTION TO REINSTATE CHAPTER 13 BANKRUPTCY CASE**<br><br>☒ No hearing held<br>☐ Hearing held<br>DATE:<br>TIME:<br>COURTROOM:<br>PLACE: |

Based on Debtor's motion filed on (*date*) January 31, 2020 as docket entry number 20 ~~and the recommendation of the chapter 13 trustee~~, it is ordered that Debtor's motion is:

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*  Page 1  F 3015-1.14.ORDER.CH13.GENRL

☒ Granted    ☐ Denied

☐ Granted on the terms set forth in the chapter 13 trustee's comments on or objection to Debtor's motion

☐ Granted on the following conditions:

☐ Set for hearing on (*date*) _____ at (*time*) _____.

###

Date: February 21, 2020

Julia W. Brand
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 3015-1.14.ORDER.CH13.GENRL**