# United States Bankruptcy Court
# Central District of California

255 East Temple Street, Los Angeles, CA 90012

## NOTICE TO CREDITORS

**DEBTOR(S) INFORMATION:**
Francisco Campos Romero
**SSN:** xxx–xx–0558
**EIN:** N/A

549 Hargrave St
Inglewood, CA 90302

**BANKRUPTCY NO.**  2:19–bk–19194–WB
**CHAPTER**  13

Please take notice that the order dismissing the above–captioned bankruptcy case has been vacated

By order of the United States Bankruptcy Court.

The Bankruptcy Case is Reinstated and Not Dismissed.

For further information, please refer to the court file

Dated: February 21, 2020

For The Court,
**Kathleen J. Campbell**
Clerk of Court

(Form not rev. 5/96) VAN–99

**29 / WCK**